UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALPESH PATEL,<br><br>Defendant. | Criminal Action No. 19-240 (SDW)<br><br><br>ORDER |

This matter having come before the Court on Defendant's letter request, filed in <u>United States v. Patel</u>, 17-po-6127 (ECF No. 42), to stay Magistrate Judge Steven C. Mannion's March 29, 2019 Order of Sentence pending Defendant's appeal therefrom, and this Court having considered the request,

IT IS on this 8th day of April, 2019,

**ORDERED** that Defendant's request for a stay is **GRANTED**, but only as it relates to home detention and participation in the Location Monitoring Program.

_____
Hon. Susan D. Wigenton,
United States District Judge